IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 01-428-01 |
| v. | : | |
| | : | |
| ANTHONY MILLER | : | |
| | : | |

## ORDER

**AND NOW**, this  23rd  day of June, 2015, upon consideration of Petitioner, Anthony Miller's ("Miller"), Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 205), the Government's Response, and Miller's Reply, it is hereby **ORDERED** that the Motion is **DENIED** without prejudice to Miller's right to petition the Third Circuit for leave to file a successive petition.

BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE