IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 01-428-01 |
| v. | : | |
| | : | |
| ANTHONY MILLER | : | |
| | : | |

**O R D E R**

**AND NOW**, this 4th day of Nov., 2015, upon consideration of the pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by Anthony Miller ("Miller") (Doc. No. 205), the Government's Response to Defendant's Motion Under 28 U.S.C. § 2255, Miller's Reply to Respondent's Response to Movant's Motion Under 28 U.S.C. § 2255, and the Government's Supplemental Response to the Defendant's Pro Se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE