IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO.  01-428-01 |
| v. | : | |
| | : | |
| ANTHONY MILLER | : | |
| | : | |

## ORDER

**AND NOW**, this   12th   day of January, 2016, upon consideration of Petitioner, Anthony Miller's, pro se Motion to Alter or Amend Judgment (Fed. R. Civ. P. 59(e)) (Doc. No. 218), and the Government's Response (Doc. No. 226), it is **HEREBY ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability will not be issued in this case.

BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE